[No. 8962.]

HAYT v. THE UNION STATE BANK.

*Error to Alamosa District Court.*  Hon. JESSE C. WILEY, Judge.

Mr. CHARLES D. HAYT, JR., and Mr. ALBERT L. MOSES, for plaintiff in error.

Mr. JOHN T. ADAMS and Mr. W. W. PLATT, for defendants in error.

*PER CURIAM*: After a careful consideration of the record, the petition for *supersedeas*, and for reconsideration of the same, we are of the opinion that the judgment of the trial court should not be disturbed.  The petition for reconsideration of the application for *supersedeas* is, therefore, denied and the judgment of the trial court affirmed.

Decision *en banc*.

CHIEF JUSTICE GABBERT and Mr. JUSTICE BAILEY not participating.